JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., as assignee and subrogee of DEANCO HEALTHCARE, LLC dba MISSION COMMUNITY HOSPITAL,<br><br>              Plaintiff,<br><br>     v.<br><br>MARIA MEZA, an individual; JESSICA CORTEZ, an individual; and DOES 1-20,<br><br>              Defendants. | Case No. 2:25-cv-03442-SPG-MAR<br><br>**JUDGMENT** |

-1-

Pursuant to the Order Granting Plaintiff National Union Fire Insurance Company's ("Plaintiff") Motion for Default Judgment, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Judgment is entered for Plaintiff on Counts I–V and VII–VIII of the First Amended Complaint.

2.     Plaintiff is awarded damages against Defendants Maria Meza and Jessica Cortez, jointly and severally, in the total amount of $248,446.08.

**IT IS SO ORDERED.**

DATED:  June 15, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE